■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT SIMPSON, Appellant.—Judgment, Supreme Court, New York County (Edith Miller, J.), rendered on August 12, 1985, unanimously affirmed. Motion by appellant to compel District Attorney to furnish certain minutes denied. No opinion. Concur—Murphy, P. J., Sandler, Sullivan and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK JACOBS, Also Known as PRESTON JACOBS, Appellant.— Judgment, Supreme Court, Bronx County (Maurice Grey, J.), rendered on August 3, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.

■ DAVID'S COOKIE CORP. et al., Appellants, v INSURANCE COMPANY OF NORTH AMERICA et al., Respondents.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on October 20, 1986, and judgment of said court, entered thereon on October 31, 1986, unanimously affirmed, without costs and without disbursements, and without prejudice to the service of an amended complaint within 30 days of the date of this court's order, setting forth any other causes of action plaintiffs may have. No opinion. Concur—Kupferman, J. P., Sandler, Carro, Milonas and Smith, JJ.